| NAME | TITLE |
|---|---|
| LEGERE,COLLEEN | ADMISSIONS COORD |
| SAVIDIS,VALERIE | ASST ADMINISTRATOR |
| BARTLETT,DAWN | Asst DIR OF PEDS |
| DONE,ANDRES | CENTRAL SUPPLY |
| ALLEN, COLUMBUS | CNA |
| ANTOINE,JOSNIE | CNA |
| BALCHAND,NALENI | CNA |
| BARNETT,HOPETON | CNA |
| BENJAMIN,AMINA | CNA |
| BRADT, KELLY | CNA |
| BRICE,ANGIE | CNA |
| BYRNES,LAURA MARIE | CNA |
| CABRERA, GUILLERMO | CNA |
| CALLAWAY,SHELIA B | CNA |
| CARRINGTON,TENEQUA | CNA |
| CHARLESTON,JINE | CNA |
| CHEESE, BRENDA | CNA |
| COUTAIN,KATHY ANN | CNA |
| CRUZ,KIRSI | CNA |
| CURRIE, ANGELA | CNA |
| CUTRONE,NATALIE | CNA |
| DANIELS,NICOLE | CNA |
| DAVIDSON,RONDA | CNA |
| DELANEY,FREDDIE | CNA |
| DENNIS,JOHN | CNA |
| DOBBS,CHALLANA | CNA |
| DORSEY,TANYA | CNA |
| DOUGLAS,JUDYANE | CNA |
| DUKES,JANICE | CNA |
| DURANT,STEPHANIE | CNA |
| EDDY,RONNIE | CNA |
| EVANS,CHRISTOPHER | CNA |
| EVANS,NIKIAH | CNA |
| FELIX,MONICA | CNA |
| GLOVER,COURTNEY | CNA |
| GORDON,ANNEJINETTE | CNA |
| GRANT,KIM | CNA |
| GUNTERT,KATHRINE | CNA |
| HARRIS,SHAWN | CNA |
| HERNANDEZ,CHENNY | CNA |
| HOWARD,ELESIA | CNA |
| HYLTON, ERICA | CNA |
| JACKSON,KASIA | CNA |
| JOHN,LALITA | CNA |
| JONES, DARYL | CNA |
| KEARNS,ANNE | CNA |

| Name | Role |
|---|---|
| KENYON, KRISTI | CNA |
| KLAPACZ,RENATE | CNA |
| KLOSS,JAMIE | CNA |
| KNAPP,VIOLA | CNA |
| KUBES,ANNA | CNA |
| LAWSON, NICOLE | CNA |
| LEWIS,JOYCE | CNA |
| LEWIS,PATRICIA | CNA |
| LITTLE,SHANALEHA | CNA |
| LLOYD, CHRISTINA | CNA |
| MAYE,MARY | CNA |
| MAZURKIEWICZ,DEANNA | CNA |
| MCCLINTOCK,COLLEEN | CNA |
| MEDINA,ARLENE | CNA |
| MELVIN,TENEISHA | CNA |
| MITCHELL, ERRON | CNA |
| MORALES,VANESSA | CNA |
| NITTINGER,NICOLE | CNA |
| POWELL,NINA | CNA |
| REASTER,LAWRENCE | CNA |
| RIVERA,VANESSA | CNA |
| RIZIO,JUDITH | CNA |
| SAMURIA,TENEESHA | CNA |
| SANCHEZ,EMILY | CNA |
| SCOTT,CHIFFON | CNA |
| SEEMANGAL, LACHMI | CNA |
| SELF, KAYE | CNA |
| SHIPLEY,ROBIN | CNA |
| SMALLS,ATISHA | CNA |
| SNYDER,LAURA | CNA |
| SWING,PAMELINA | CNA |
| VALDERRAMA, MELVIN | CNA |
| WELCH,HAILI | CNA |
| WILLIAMS,DOUGLAS | CNA |
| WOMACK,KEANNA | CNA |
| YOUNG,TANISHA | CNA |
| LUMPKIN, RACHELLE | CNA |
| LEVANDOSKY,BARBARA | DIET TECH |
| BRENNAN,TODD | DIETARY |
| DELGRECO,JACOB | DIETARY |
| MOSCATELLI,MICHAEL | DIETARY |
| NEUHAUS,KATHLEEN | DIETARY |
| PALLOTOLO,NICOLE | DIETARY |
| PATRICK,ANDREA | DIETARY |
| PELICONE,SHERLEY | DIETARY |
| REEDY,FRANK | DIETARY |
| ROWE,MATTHEW | DIETARY |

| Name | Department |
|---|---|
| WALDRON,BREANNA | DIETARY |
| ZAMPELLA,LINDA | DIETARY |
| AUNCHMAN,JOAN | DIETARY |
| CONRAD,DANIELLE | DIETARY |
| CONRAD,MARK | DIETARY |
| CORRY,SANDRA | DIETARY |
| DAVIS,SUSAN | DIETARY |
| DICAPRIO,KYLE | DIETARY |
| GARMLEY,GINA | DIETARY |
| GORDON,LAQUAISHA | DIETARY |
| PASSINEAU,AIMEE | DIETICIAN |
| BARDWELL,SUSAN | DIR ADMISSIONS |
| WHELAN,MICHAEL | DIR MAINTAINANCE |
| FAIRCHILD,MELINDA | DIR RECREATION |
| FLYNN,KATHLEEN | DIR REHABILITATION |
| SHENCAVITZ,STANLEY | DIR RESPIRATORY |
| LAPIERRE,CHRISTOPHER | DIR SOCIAL SERVICES |
| GAYLE,JANUS | DIR. FOOD SERVICE |
| VELEZ,MARY | DON |
| BAIJOO,RAJWANTEE | HOUSEKEEPING |
| CONWAY,DANA | HOUSEKEEPING |
| GREENWOOD,PAULA | HOUSEKEEPING |
| JOHN,EDWARD | HOUSEKEEPING |
| MARTINEZ,MILO | HOUSEKEEPING |
| RAJPAUL,RAMRATTIE | HOUSEKEEPING |
| SANICHARA,RUCKMIN | HOUSEKEEPING |
| SELLEYS,JAMES | HOUSEKEEPING |
| TOWNSEND,TERRANCE | HOUSEKEEPING |
| COUGHLIN,DEANA | HOUSEKEEPING |
| DONE,ANDYS | HUMAN RESOURCES |
| CORNELL, MELISSA | LPN |
| BARNES,TABITHA | LPN |
| BOILARD,KIMBERLY | LPN |
| BRENNAN,PATRICIA | LPN |
| BRENNAN,ROBIN | LPN |
| BUYCE,GEORGIEANNA | LPN |
| COLEMAN,EVITA | LPN |
| CRABLE,KRISTIN | LPN |
| DELANEY,KRISTIN | LPN |
| DUPONT,FE | LPN |
| ENGLE,CHRISTINE | LPN |
| FIELDS,NATASHA | LPN |
| FLEXER,BETH | LPN |
| GUYDER,KAYLA | LPN |
| HARRIS,CHARMAINE | LPN |
| MCLEAN,KRISTEN | LPN |
| POTTER-SANDERS,DEENA | LPN |

| | |
|---|---|
| PROCTOR,HELEN | LPN |
| RODRIGUEZ, MICHELLE | LPN |
| ROSS,BILLIE JO | LPN |
| SAWICZ,KERRY | LPN |
| SUTTON,TINA | LPN |
| TERWILLIGER,JOANNE | LPN |
| TURPIN, DEBORAH | LPN |
| WELCH,TRISTA | LPN |
| DAY,DANA | MAINTAINANCE |
| SHEEHAN,FRANCIS | MAINTAINANCE |
| WELLS,JOSEPH | MAINTAINANCE |
| RYAN,MARYANN | MDS COORD |
| PHOENIX, JENNIFER | MDS SECRETARY |
| SOSHENSKY,ERIC | MUSIC THERAPIST |
| CICHY,AMANDA | RECEPTIONIST |
| CONSTANTINE,ANN | RECEPTIONIST |
| CRESSER,MEG | RECEPTIONIST |
| MAJAK,KAREN | RECEPTIONIST |
| CICHY,ASHLEY | RECEPTIONIST/DIETARY AIDE |
| CATROPPA,REBECCA | RECREATION |
| DIGGS,DORIS | RECREATION |
| KRAMER,COURTNEY | RECREATION |
| ROWE,DONNA | RECREATION |
| VENABLE,VICTORIA | RECREATION |
| ANTAL,JENNIFER | REHABILITATION |
| BARRATIERE,TAMMY | REHABILITATION |
| CHRISTMAN,PENNY | REHABILITATION |
| FOGG,JAMIE R. | REHABILITATION |
| GARLAND,SABINE | REHABILITATION |
| GILCHRIST,SARAH | REHABILITATION |
| GILLIGAN,AMANDA | REHABILITATION |
| GORDON,AIMEE | REHABILITATION |
| JENSEN,BETHANY | REHABILITATION |
| KELLEY,MARVIS | REHABILITATION |
| MOTT,DONNA | REHABILITATION |
| NASS-CHAFFEE,AMY | REHABILITATION |
| PRITCHARD,WILLIAM | REHABILITATION |
| REILLY,EMILY | REHABILITATION |
| SCHULTZ,MARY | REHABILITATION |
| SMITH,GLADYS | REHABILITATION |
| SMITH,KIMBERLY | REHABILITATION |
| STANLEY-WHITE,KAREN | REHABILITATION |
| WOOD,DONALD | REHABILITATION |
| DESTEFANO,LORI | REHABILITATION AIDE |
| HILTS,GLORIA | REHABILITATION AIDE |
| ANWER,SHEELA | RESPIRATORY THERAPIST |
| BROOKS,MARY A. | RESPIRATORY THERAPIST |

| Name | Role |
|---|---|
| CAREY,JOHN | RESPIRATORY THERAPIST |
| CORIO,PAUL | RESPIRATORY THERAPIST |
| DYKENS,SANDRA | RESPIRATORY THERAPIST |
| GAGE,MATTHEW | RESPIRATORY THERAPIST |
| LAPERLE,GARY | RESPIRATORY THERAPIST |
| LESLIE,BRETT | RESPIRATORY THERAPIST |
| MILLINER-GARDNER,ERIC | RESPIRATORY THERAPIST |
| OBERTING,GERALD | RESPIRATORY THERAPIST |
| PATTERSON,SCOTT | RESPIRATORY THERAPIST |
| QASEM,HOWAL | RESPIRATORY THERAPIST |
| RICH,NICHOLLE | RESPIRATORY THERAPIST |
| ROSS,DEBORAH | RESPIRATORY THERAPIST |
| SIMPSON,PHILIP | RESPIRATORY THERAPIST |
| SPEANBURG,JESSICA | RESPIRATORY THERAPIST |
| WENSKOSKI,KATHY | RESPIRATORY THERAPIST |
| BIENDUGA,TRACI | RN |
| CASE,JUDITH | RN |
| D'ANDRETI, JULIE ANN | RN |
| GUGLIUZZA,LAUREL | RN |
| HICKEY,MARGUERITE | RN |
| JAY,ANN MARIE | RN |
| KONG, OOKNAM | RN |
| LAMBERT,LINDA | RN |
| MCLAUD,LUCILLE | RN |
| MURRAY,ROSEMARY | RN |
| NICHOLAS,SONIA | RN |
| PFITZNER,RICHARD | RN |
| POWERS,DUANE | RN |
| SONG,YEONOK | RN |
| STAPF,LORI | RN |
| VINCENT,SHANNON | RN |
| WEAVER,ALICIA | RN |
| DOUGLASS, VERONICA | RN MANAGER |
| EMMI,TRACEY | RN MANAGER |
| RICKARD,MONICA | RN MANAGER |
| CHILLEMI,DANETTE | RN SUPERVISOR |
| LYDEN,CYNTHIA | RN SUPERVISOR |
| MAINELLO,MARYJO | RN SUPERVISOR |
| ROCHE,LAURIE | RN SUPERVISOR |
| THOMAS,JEMMA | RN SUPERVISOR |
| HENDERSON, DOMONIQUE | SMOKEROOM MONITOR |
| ADAMS,AMELIA | SMOKEROOM MONITOR |
| CLARK,KIMBERLY | SMOKEROOM MONITOR |
| MCDERMOTT,MAUREEN | SOCIAL WORK |
| SULLIVAN,KELLIE | SOCIAL WORK |
| DIMEO, MYLINA | STAFFING COORDINATOR |
| NICK, THOMAS | TRANSPORTATION |

| BROWER, CAROLYN | UNIT SECRETARY |
| CICHY, LUCY | UNIT SECRETARY |
| GIELLO, MARY VICTORIA | UNIT SECRETARY |