NEW YORK STATE PUBLIC HEALTH COUNCIL
ESTABLISHMENT COMMITTEE
August 25, 2009
New York State Department of Health
Empire State Plaza
Meeting Room 1, Concourse Level
Albany, New York

I. **Application for Acute Care Services**

| | | |
|---|---|---|
| 091090 E | Upper Allegheny Health System (Cattaraugus County) | (Exhibit #1) |

II. **Application for Ambulatory Surgery Center**

| | | |
|---|---|---|
| 091059 B | Advanced Surgery Center, LLC (Rockland County) | (Exhibit #2) |

III. **Applications for Diagnostic and Treatment Centers**

| | | |
|---|---|---|
| 062287 E | SDTC – The Center for Discovery Inc. (Sullivan County) | (Exhibit #3) |
| 071123 B | Children's Rehabilitation Center (Westchester County) | (Exhibit #4) |
| 082062 B | Ridge Health Services, Inc. (Schenectady County) | (Exhibit #5) |
| 091139 B | Rochester Primary Care Network, Inc. d/b/a Rushville Health Center (Yates County) | (Exhibit #6) |

IV. **Application for Dialysis**

| | | |
|---|---|---|
| 082158 E | Liberty RC, Inc. (Kings County) | (Exhibit #7) |

V. **Applications for Residential Health Care Facilities**

| | | |
|---|---|---|
| 062439 E | Montgomery Nursing Home (Orange County) | (Exhibit #8) |
| 082124 E | North Sea Associates, LLC d/b/a The Hamptons Center for Rehabilitation and Nursing (Suffolk County) | (Exhibit #9) |
| 082134 E | Niskayuna Operating Company, LLC d/b/a Pathway Rehabilitation and Special Care Center (Schenectady County) | (Exhibit #10) |

|   | 082135 E | Troy Operating Company, LLC d/b/a Woodlands Rehabilitation and Nursing Center (Rensselaer County) | (Exhibit #11) |
|   | 082136 E | Rensselaer Operating Company, LLC d/b/a Rosewood Rehabilitation and Nursing Center (Rensselaer County) | (Exhibit #12) |
|   | 082137 E | Cortland Operating Company, LLC d/b/a Crown Center for Rehabilitation and Nursing Center (Cortland County | (Exhibit #13) |

**VI. Application for Certified Home Health Care Agency**

    091052 E    A&T Certified Home Care, LLC    (Exhibit #14)
                     (Rockland County)

**VII. Home Health Agency Licensure Exhibits**    (Exhibit #15)

**VIII. Certificates of Amendment of the Certificate of Incorporation**    (Exhibit #16)

    AHRC Health Care, Inc.

    League for the Hard of Hearing

    Marcus Garvey Nursing Home, Inc.

**IX. Certificate of Dissolution**    (Exhibit #17)

    The Grace Manor Foundation

**X. Change of Name**    (Exhibit #18)

    Gastro Operating Company, LLC