*REVISED 9/9/09

<u>State of New York</u>
<u>Public Health Council</u>

<u>ANNUAL MEETING</u>

<u>AGENDA</u>

September 11, 2009
10:00 a.m.

Meeting Rooms 2 & 3
Concourse Level, Empire State Plaza
Albany

I. **INTRODUCTION OF OBSERVERS**

   Dr. William Streck, Chairman

II. **APPROVAL OF MINUTES**

   July 17, 2009                                                                 Exhibit #1

III. **ELECTION OF OFFICERS**

   P   Vice Chairperson

   P   Committee Chairpersons
   - < Codes & Legislation Committee
   - < Establishment of Health Care Facilities Committee
   - < Health Personnel and Interprofessional Relations Committee
   - < Ad Hoc Committee to Support the Prevention Agenda toward the Healthiest State

IV **REVISED COMMITTEE ON ESTABLISHMENT OF**            Exhibit #2
   **HEALTHCARE FACILITIES / PHC 2008 MEETING LOCATION**

V. **ESTABLISHMENT**

   A. **Committee on Establishment of Health Care Facilities**

      Susan Regan, Chair

# CATEGORY 1: Applications Recommended for Approval - No Issues or Recusals, Abstentions/Interests

## CON Applications

### Diagnostic and Treatment Centers

| Number | Applicant/Facility | E. C. Recommendation | |
|---|---|---|---|
| 082062 | Ridge Health Services, Inc. (Schenectady County) | Contingent Approval | Exhibit #3 |

### Residential Health Care Facilities

| Number | Applicant/Facility | E. C. Recommendation | |
|---|---|---|---|
| 062439 | Montgomery Operating Company, LLC d/b/a Montgomery Nursing Home (Orange County) | Contingent Approval | Exhibit #4 |

### Certified Home Health Care Agency

| Number | Applicant/Facility | E. C. Recommendation | |
|---|---|---|---|
| 091052 | A&T Certified Home Care, LLC (Rockland County) | Contingent Approval | Exhibit #5 |

### Certificate of Amendment of the Certificate of Incorporations

| Applicant | E.C. Recommendation | |
|---|---|---|
| League for the Hard of Hearing | Approval | Exhibit #6 |
| Marcus Garvey Nursing Home, Inc. *Interest – M. Fassler | Approval | Exhibit #7 |
| Southampton Care Center | Approval | Exhibit # 8 |

### Certificate of Dissolution

| Applicant | E.C. Recommendation | |
|---|---|---|
| The Grace Manor Foundation, Inc. | Approval | Exhibit #9 |

**Restated Articles of Organization**

| Applicant | E.C. Recommendation | |
|---|---|---|
| Gastro Operating Company, LLC | Approval | Exhibit #10 |

**Home Health Agency Licensures**     Exhibit #11

| Number | Applicant/Facility | E.C. Recommendation | |
|---|---|---|---|
| 1741 | Kenwell Realty, LLC d/b/a Kenwell Manor (Erie County) | Approval | Recusal – S. Regan |

**CATEGORY 2:**    Applications Recommended for Approval with the Following:

- $   PHC Member Recusals
- $   Without Dissent by SHRPC or HSA
- $   Without Dissent by Establishment Committee

**Ambulatory Surgery Center**

| Number | Applicant/Facility | E. C. Recommendation | |
|---|---|---|---|
| 091059 | Advanced Surgery Center, LLC (Rockland County) Recusal – H. Fensterman | Contingent Approval | Exhibit #12 |

**Diagnostic and Treatment Center**

| Number | Applicant/Facility | E. C. Recommendation | |
|---|---|---|---|
| 071123 | Children's Rehabilitation Center (Westchester County) Interest – P. Yang *Interest – M. Fassler | Contingent Approval | Exhibit #13 |
| 091139 | Rochester Primary Care Network, Inc. d/b/a Rushville Health Center (Yates County) Interest – P. Robinson | Contingent Approval | Exhibit #14 |

**Certificate of Amendment of the Certificate of Incorporation**

| Applicant | E.C. Recommendation | |
|---|---|---|
| AHRC Health Care, Inc.<br>Recusal – H. Fensterman | Approval | Exhibit #14 |

**Home Health Agency Licensures**  Exhibit #16

| Number | Applicant/Facility | E.C. Recommendation | |
|---|---|---|---|
| 1771 | Academy Care Givers, Inc.<br>(Bronx and Westchester Counties) | Approval | Recusal S. Regan<br>Interest – P. Yang |
| 1458 | Moffat Gardens ALP, Inc. d/b/a<br>Moffat Gardens (Kings Counties) | Approval | Recusal – S. Regan |
| 1817 | Bryan Skilled Home Care, Inc.<br>(Nassau, Suffolk and<br>Queen County) | Approval | Recusal – S. Regan |

**CATEGORY 3:** Applications Recommended for Approval with the Following:

- $ No PHC Member Recusals
- $ Establishment Committee Dissent, or
- $ Contrary Recommendations by SHRPC or HSA

   NONE.

**CATEGORY 4:** Applications Recommended for Approval with the Following:

- $ PHC Member Recusals
- $ Establishment Committee Dissent, or
- $ Contrary Recommendation by SHRPC or HSA

   NONE.

**CATEGORY 5:** Applications Recommended for Disapproval by OHSM or Establishment Committee B with or without Recusals

   NONE.

**CATEGORY 6**: Applications for Individual Consideration/Discussion

### Acute Care Services

| Number | Applicant/Facility | E. C. Recommendation | |
|---|---|---|---|
| 091090 | Upper Allegheny Health System (Cattaraugus County) | Contingent Approval | Exhibit #17 |

### Dialysis Center

| Number | Applicant/Facility | E. C. Recommendation | |
|---|---|---|---|
| 082158 | Liberty RC, Inc. (Kings County) | Contingent Approval | Exhibit #18 |

### Residential Health Care Facilities

| Number | Applicant/Facility | E. C. Recommendation | |
|---|---|---|---|
| 082124 | North Sea Associates, LLC d/b/a The Hamptons Rehabilitation and Nursing (Suffolk County) Recusal – H. Fensterman *Interest – M. Fassler | Contingent Approval | Exhibit #19 |
| 082134 | Niskayuna Operating Company, LLC d/b/a Pathway Rehabilitation and Special Care Center (Schenectady County) Recusal – H. Fensterman | Contingent Approval | Exhibit #20 |
| 082135 | Troy Operating Company, LLC d/b/a Woodlands Rehabilitation Nursing Center (Rensselaer County) Recusal – H. Fensterman | Contingent Approval | Exhibit #21 |
| 082136 | Rensselaer Operating Company, LLC d/b/a Rosewood Rehabilitation and Nursing Center (Rensselaer County) Recusal – H. Fensterman | Contingent Approval | Exhibit #22 |

| 082137 | Cortland Operating Company, LLC d/b/a Crown Center for Rehabilitation and Nursing Center (Cortland County) Recusal – H. Fensterman | Contingent Approval | Exhibit #23 |

**B.  Report of Establishment Applications**                                   Exhibit #24

**C.  Status Report on Requests for Hearings on Applications for Establishment**   Exhibit #25

Thomas Conway, General Counsel

## VI. REPORT OF DEPARTMENT OF HEALTH ACTIVITIES

Commissioner Richard F. Daines, M.D.

## VII. PUBLIC HEALTH SERVICES

### Office of Public Health Report

Novel H1N1 Influenza Update

Dr. Guthrie Birkhead, Deputy Commissioner, Office of Public Health

## VIII. REGULATION

Department Update - 09-03   Amendment of Subpart 6-2 of Title 10 NYCRR     Exhibit #26
(Ocean Surf Bathing Beaches and Automated External Defibrillators(AEDs))

### Committee on Codes and Legislation

Ellen Rautenberg, Chair

### For Information

08-05   Amendment of Subpart 7-1 and Addition of new Subpart 7-4 of Part 7     Exhibit #27
of Title 10 (Temporary Residences and Mass Gatherings)

## IX. NEXT MEETING

November 13, 2009 (NYC)

## X. ADJOURNMENT