

STATE OF NEW YORK
DEPARTMENT OF HEALTH
CORNING TOWER BUILDING
ALBANY, N.Y. 12237

# Public Health Council

July 26, 2010

Mr. Bent Philipson
Member
Troy Operating Company, LLC
20 Franklin Place
Woodmere New York 11598

Re: Restated Articles of Organization of Niskayuna Operating Co., LLC

Dear Mr. Philipson:

AFTER INQUIRY and INVESTIGATION and in accordance with action taken at a meeting of the Public Health Council held on the 11th day of September, 2009 I hereby certify that the Public Health Council consents to the filing of the Restated Articles of Organization of Niskayuna Operating Co., LLC, dated October 1, 2009.

Sincerely,

Colleen M. Frost
Executive Secretary

/cf



STATE OF NEW YORK
DEPARTMENT OF HEALTH
CORNING TOWER BUILDING
ALBANY, N.Y. 12237

# PUBLIC HEALTH COUNCIL

REVISED *

August 3, 2010

Mr. Bent Philipson
Member
Rensselaer Operating Company, LLC
20 Franklin Place
Woodmere, New York 11598

Re: Application No. 082134– Niskayuna Operating Company, LLC d/b/a *Pathways Nursing and Rehabilitation Center (Schenectady County)

Dear Mr. Philipson:

    I HEREBY CERTIFY THAT AFTER INQUIRY and investigation, the application of the Niskayuna Operating Company, LLC d/b/a *Pathways Nursing and Rehabilitation Center is APPROVED, the contingencies having now been fulfilled satisfactorily. This approval is conditioned upon the applicant's continued compliance with the Medicaid access condition, as included in the Public Health Council's approval of the project. The Public Health Council had considered this application and imposed the contingencies at its meeting of September 11, 2009.

    Public Health Council approval is not to be construed as approval of property costs or the lease submitted in support of the application. Such approval is not to be construed as an assurance or recommendation that property costs or lease amounts as specified in the application will be reimbursable under third-party payor reimbursement guidelines.

    To complete the requirements for certification approval, please contact the Capital District Regional Office of the New York State Office of Health Systems Management, Frear Building, 2nd Floor, One Fulton Street, Troy, New York 12180-3281 or (518) 408-5300, within 30 days of receipt of this letter.

Sincerely,

*Colleen M. Frost*

Colleen M. Frost
Executive Secretary

cf