UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---

NISKAYUNA OPERATING CO., LLC, ET AL.

                Plaintiff(s),

                                                                 Civil Action No.
      v.                                                    1 :10-CV-1265(GLS/DRH)

KATHLEEN SEBELIUS, as Secretary of the United States
Department of Health and Human Services, DONALD
BERWICK, as Administrator of the Centers for Medicare
 & Medicaid Services, and RICHARD F. DAINES, M.D.,
as Commissioner of Health of the State of New York,

                Defendant(s).

---

**DEFENDANT SECRETARY'S
EXHIBIT LIST**


CMS Exh. A:  CMS State Survey Letter, Nov. 5, 2007;

CMS Exh. B:  CMS State Survey Letter, Dec. 16, 2004;

CMS Exh. C:  CMS Website Description of Special Focus Facility Initiative;

CMS Exh. D:  May 11, 2010 Statement of Deficiencies ("SOD");

CMS Exh. E:  May 11, 2010 Life Safety Code SOD;

CMS Exh. F:  DOH- Varghese Letter, May 25, 2010;

CMS Exh. G:  DOH- Varghese Letter, June 17, 2010;

CMS Exh. H:  July 21, 2010 SOD;

CMS Exh. I:   DOH- Varghese Letter, August 9, 2010;

CMS Exh. J:  DOH - Varghese Letter, August 19, 2010;

CMS Exh. K:  October 1, 2010 SOD;

CMS Exh. L:  October 5, 2010 Letter from NYSDOH to Administrator Mathew Varghese;

CMS Exh. M: DOH-Varghese Letter, October 7, 2010;

CMS Exh. N: October 21, 2010 SOD;

CMS Exh. O: DOH- Varghese, October 29, 2010;

CMS Exh. P: CMS - Varghese Termination Letter, October 19, 2010;

CMS Exh. Q: Facility's October 25, 2010 Letter to DAB Requesting ALJ Hearing;

CMS Exh. R: New York Available Beds by Category Spreadsheet.

Respectfully submitted,

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY

By:
/s/ PAULA RYAN CONAN
Paula Ryan Conan – 102506
Assistant United States Attorney
U.S. Attorney's Office for the
Northern District of New York
100 So. Clinton Street
Syracuse, New York 13261
Tel: (315) 448-0672
Fax:(315) 448-0646